1   PHILLIP A. TALBERT
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              2:20-MC-00283-WBS-DB

12           Plaintiff,                     STIPULATION AND ORDER EXTENDING TIME
                                            FOR FILING A COMPLAINT FOR FORFEITURE
13      v.                                  AND/OR TO OBTAIN AN INDICTMENT
                                            ALLEGING FORFEITURE
14   APPROXIMATELY $107,885.00 IN
     U.S. CURRENCY,
15
             Defendant.
16

17       It is hereby stipulated by and between the United States of America and potential claimant Esther

18   Castaneda ("claimant"), by and through their respective counsel, as follows:

19       1.      On or about September 4, 2020, claimant filed a claim in the administrative forfeiture

20   proceeding with the Federal Bureau of Investigation with respect to the Approximately $107,885.00 in

21   U.S. Currency (hereafter "defendant currency"), which was seized on or about June 11, 2020.

22       2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required

23   by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

24   claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

25   has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

26       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

27   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

28   currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

                                           1

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 3, 2020.

4. By Stipulation and Order filed November 24, 2020, the parties stipulated to extend to February 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed January 29, 2021, the parties stipulated to extend to April 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed April 30, 2021, the parties stipulated to extend to June 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed June 25, 2021, the parties stipulated to extend to August 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed August 27, 2021, the parties stipulated to extend to September 24, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed September 24, 2021, the parties stipulated to extend to October 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed October 22, 2021, the parties stipulated to extend to December 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture

2

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed December 27, 2021, the parties stipulated to extend to January 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed January 26, 2022, the parties stipulated to extend to March 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed March 29, 2022, the parties stipulated to extend to April 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed April 26, 2022, the parties stipulated to extend to May 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     By Stipulation and Order filed May 27, 2022, the parties stipulated to extend to July 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 25, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

3

17.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 25, 2022.

Dated: 7/26/2022                                      PHILLIP A. TALBERT
                                                     United States Attorney

                                         By:         /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney

Dated: 7/25/2022                                     /s/ Kevin W. Harris
                                                     KEVIN W. HARRIS
                                                     Attorney for potential claimant
                                                     Esther Castaneda
                                                     (Signature authorized by phone)


        **IT IS SO ORDERED**.


Dated:  July 27, 2022

                                                     _____
                                                     WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time