PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $107,885.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:20-MC-00283-WBS-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Esther Castaneda ("claimant"), by and through their respective counsel, as follows:

1. On or about September 4, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $107,885.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about June 11, 2020.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1
Stipulation and Order to Extend Time

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 3, 2020.

4. By Stipulation and Order filed November 24, 2020, the parties stipulated to extend to February 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed January 29, 2021, the parties stipulated to extend to April 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed April 30, 2021, the parties stipulated to extend to June 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed June 25, 2021, the parties stipulated to extend to August 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed August 27, 2021, the parties stipulated to extend to September 24, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed September 24, 2021, the parties stipulated to extend to October 25, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

10. By Stipulation and Order filed October 22, 2021, the parties stipulated to extend to December 27, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed December 27, 2021, the parties stipulated to extend to January 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed January 26, 2022, the parties stipulated to extend to March 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed March 29, 2022, the parties stipulated to extend to April 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. By Stipulation and Order filed April 26, 2022, the parties stipulated to extend to May 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15. By Stipulation and Order filed May 27, 2022, the parties stipulated to extend to July 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16. By Stipulation and Order filed July 27, 2022, the parties stipulated to extend to August 25, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17. By Stipulation and Order filed August 25, 2022, the parties stipulated to extend to October 21, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18. By Stipulation and Order filed October 21, 2022, the parties stipulated to extend to December 20, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19. By Stipulation and Order filed December 21, 2022, the parties stipulated to extend to January 19, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20. By Stipulation and Order filed January 23, 2023, the parties stipulated to extend to February 17, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

21. By Stipulation and Order filed February 16, 2023, the parties stipulated to extend to March 17, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

22. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 14, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Extend Time

23. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 14, 2023.

Dated: 3/14/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3/14/2023

/s/ Kevin W. Harris
KEVIN W. HARRIS
Attorney for potential claimant
Esther Castaneda
(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: March 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE